CITY INVESTING COMPANY, Plaintiff, *v.* JOHN GERKEN et al., Defendants.

Supreme Court, New York Special Term, January, 1924.

*Corporations — director liable for declaration of improper dividend though it was not formally ratified at meeting at which he was present.*

REOPENING of *City Investing Co.* v. *Gerken*, 121 Misc. Rep. 763.

*Edward F. Clark* (*Leonard J. Reynolds*, of counsel), for plaintiff.

*Herbert H. Gibbs*, for defendants Gerken, O'Donnell and Harris.

PROSKAUER, J. Upon the reopening of this case it appears that the declaration of the improper dividend was not formally ratified at a meeting at which the defendant Gerken was present. Nevertheless, in view of his preponderant stock interest, the receipt by him as a stockholder of a substantial portion of the improper dividend, the fact that it was paid out by him and other acts of control, he must be held liable under the principle of *Godley* v. *Crandall & Godley Co.*, 212 N. Y. 121, 138.

Judgment accordingly.